FILED UNDER SEAL

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Case No. 1:17-cr-00106-CCB |
| | : | |
| **MARCUS TAYLOR** | : | |

## MOTION TO FILE SUPPLEMENT UNDER SEAL

Marcus Taylor, by and through undersigned counsel, respectfully moves this Court to allow him to file the attached supplement to his motion to continue under seal.

In support thereof, the following is asserted:

1. Mr. Taylor is charged in a two-count indictment with one count RICO conspiracy and one count of RICO.

2. The attached supplement relates to issues concerning counsel's medical issues and therefore are made for the record but are not necessary for the public's consumption.

WHEREFORE, the Defendant prays that this motion be granted and that this motion and the attached be filed under seal.

Respectfully submitted,

*/s/ Jenifer Wicks*

_____
JENIFER WICKS
MD Federal Bar No. 15573
Law Offices of Jenifer Wicks
6909 Laurel Avenue Suite 5419
Takoma Park MD 20913
Telephone (240) 468-4892
Jenifer@JWicksLaw.com

Counsel Appointed to Represent
Marcus Roosevelt Taylor