# UNITED STATES OF AMERICA

## vs.

## MARCUS TAYLOR

**Criminal No. CCB-16-0107**  **Defendant's Trial Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 1/25/2018 | **ID ONLY** | Plea Agreement |
| 2 | 1/25/2018 | **ID ONLY** | Grand Jury Testimony Transcript |
| 3 | 1/29/2018 | **ID ONLY** | Sentencing Guideline Matrix |
| 4 | 1/29/2018 | **ID ONLY** | Complaint against Hendrix, Ward, and Jenkins |
| 5 | 1/31/2018 | **ID ONLY** | Grand Jury Testimony Transcript – O. Stevenson |
| 6a - l | 1/31/2018 | 1/31/2018 | Photographs – Hamilton House |
| 7 | 2/6/2018 | **ID ONLY** | Baltimore Police Department Search Warrant |
| 8 | | | |
| 9 | 2/6/2018 | 2/6/2018 | Phone Logs re: Donald Stepp |
| 10 | | | |
| 11 | 2/6/2018 | 2/6/2018 | Identification Badge - Taylor |
| 12 | 2/6/2018 | 2/6/2018 | Photograph – Taylor's Badge (Badge #224) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)