IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal No. CCB 17-106** |
| v. | |
| **DANIEL THOMAS HERSL** | |
| and | |
| **MARCUS ROOSEVELT TAYLOR,** | |
| **Defendants** | |

## VERDICT FORM

### COUNT ONE

We the Jury, find the Defendant **DANIEL THOMAS HERSL**, with respect to Count One, Racketeering Conspiracy:

Guilty __✓__          Not Guilty _____

If your answer is "Not Guilty," simply proceed directly to your verdict as to Defendant TAYLOR on Count One. If your answer is "Guilty" you must answer the following question:

You must all agree that either the defendant or another member of the conspiracy agreed to commit at least two racketeering acts. Please identify which two racketeering acts you unanimously find that either the defendant or another member of the conspiracy agreed to commit (check AT LEAST two):

**Racketeering Act Six** (February 17, 2016, Raytawn Benjamin)           __✓__

**Racketeering Act Eight** (March 22, 2016, Oreese Stevenson)           _____

**Racketeering Act Ten** (July 8, 2016, Ronald and Nancy Hamilton)           __✓__

**Racketeering Act Eleven** (August 8, 2016, Dennis Armstrong)           __✓__

**Racketeering Act Twelve** (September 7, 2016, Sergio Summerville)           _____

**Racketeering Act Fourteen** (July 6, 2016, interstate wire – HERSL)           __✓__

**Racketeering Act Fifteen** (July 20, 2016, interstate wire – HERSL) _____

**Racketeering Act Seventeen** (July 20, 2016, interstate wire – TAYLOR) _____

**Racketeering Act Eighteen** (August 3, 2016, interstate wire – HERSL) _____

**Racketeering Act Twenty** (August 3, 2016, interstate wire – TAYLOR) _____

**Racketeering Act Twenty-One** (August 17, 2016, interstate wire – HERSL) _____

**Racketeering Act Twenty-Two** (August 17, 2016, interstate wire – TAYLOR) _____

## COUNT ONE Cont.

We the Jury, find the Defendant **MARCUS ROOSEVELT TAYLOR**, with respect to Count One, Racketeering Conspiracy:

Guilty ✓                    Not Guilty _____

If your answer is "Not Guilty," simply proceed directly to your verdict as to Defendant HERSL on Count Two. If your answer is "Guilty" you must answer the following question:

You must all agree that either the defendant or another member of the conspiracy agreed to commit at least two racketeering acts. Please identify which two racketeering acts you unanimously find that either the defendant or another member of the conspiracy agreed to commit (check AT LEAST two):

**Racketeering Act Six** (February 17, 2016, Raytawn Benjamin)         ✓

**Racketeering Act Eight** (March 22, 2016, Oreese Stevenson)          ✓

**Racketeering Act Ten** (July 8, 2016, Ronald and Nancy Hamilton)     _____

**Racketeering Act Eleven** (August 8, 2016, Dennis Armstrong)         _____

**Racketeering Act Twelve** (September 7, 2016, Sergio Summerville)    _____

**Racketeering Act Fourteen** (July 6, 2016, interstate wire – HERSL)  _____

**Racketeering Act Fifteen** (July 20, 2016, interstate wire – HERSL)  _____

**Racketeering Act Seventeen** (July 20, 2016, interstate wire – TAYLOR) _____

**Racketeering Act Eighteen** (August 3, 2016, interstate wire – HERSL) _____

**Racketeering Act Twenty** (August 3, 2016, interstate wire – TAYLOR)  ✓

**Racketeering Act Twenty-One** (August 17, 2016, interstate wire – HERSL) _____

**Racketeering Act Twenty-Two** (August 17, 2016, interstate wire – TAYLOR) _____

3

## COUNT TWO

We the Jury, find the Defendant **DANIEL THOMAS HERSL**, with respect to Count Two, Racketeering:

Guilty ✓           Not Guilty _____

If your answer is "Not Guilty," simply proceed directly to your verdict as to Defendant **TAYLOR** on Count Two. If your answer is "Guilty" you must answer the following questions:

Which of the following Racketeering Acts did you unanimously find that Defendant **HERSL** committed:

### Racketeering Act Three (November 5, 2014, Jimmie Griffin)

You may only find that Defendant **HERSL** committed (a) or (b) but NOT both:

a. committed robbery in violation of Maryland Criminal Code § 3-402.

   Proved ✓           Not Proved _____

b. committed extortion in violation of Maryland Criminal Code § 3-702;

   Proved _____           Not Proved _____

If you find the Defendant committed extortion, which kind of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence      _____

Extortion under color and pretense of office:      _____

**Racketeering Act Four (November 27, 2015, Herbert Tate)**

You may only find that Defendant **HERSL** committed (a) or (b) but NOT both:

a. committed robbery in violation of Maryland Criminal Code § 3-402.

Proved ___✓___     Not Proved _____

b. committed extortion in violation of Maryland Criminal Code § 3-702;

Proved _____     Not Proved _____

If you find the Defendant committed extortion, which kind of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence     _____

Extortion under color and pretense of office:     _____


**Racketeering Act Five (November 28, 2015, Antonio Santiful)**

You may only find that Defendant **HERSL** committed (a) or (b) but NOT both:

a. committed robbery in violation of Maryland Criminal Code § 3-402.

Proved ___✓___     Not Proved _____

b. committed extortion in violation of Maryland Criminal Code § 3-702;

Proved _____     Not Proved _____

If you find the Defendant committed extortion, which kind of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence     _____

Extortion under color and pretense of office:     _____

**Racketeering Act Ten** (July 8, 2016, Ronald and Nancy Hamilton)

If you find that Defendant **HERSL** committed (a) or (b) or both, STOP:

    a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

        Proved ___✓___      Not Proved _____

    b. committed robbery in violation of Maryland Criminal Code § 3-402.

        Proved ___✓___      Not Proved _____

If you did NOT find that the Defendant committed (a) or (b), did you unanimously find that the defendant committed (c) or (d) or both:

    c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

        Proved _____      Not Proved _____

    d. committed extortion in violation of Maryland Criminal Code § 3-702:

        Proved _____      Not Proved _____

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence _____

Extortion under color and pretense of office: _____

**Racketeering Act Eleven (August 8, 2016, Dennis Armstrong)**

If you find that Defendant **HERSL** committed (a) or (b) or both, STOP:

    a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

        Proved _____  Not Proved ___✓_____

    b. committed robbery in violation of Maryland Criminal Code § 3-402.

        Proved _____  Not Proved ___✓_____

If you did NOT find that the Defendant committed (a) or (b), did you unanimously find that the defendant committed (c) or (d) or both:

    c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

        Proved _____  Not Proved ___✓_____

    d. committed extortion in violation of Maryland Criminal Code § 3-702:

        Proved _____  Not Proved ___✓_____

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence _____

Extortion under color and pretense of office: _____

7

**Racketeering Act Fourteen** (July 6, 2016, interstate wire – HERSL)

Proved ____✓____     Not Proved _____

**Racketeering Act Fifteen** (July 20, 2016, interstate wire – HERSL)

Proved ____✓____     Not Proved _____

**Racketeering Act Eighteen** (August 3, 2016, interstate wire – HERSL)

Proved ____✓____     Not Proved _____

**Racketeering Act Twenty One** (August 17, 2016, interstate wire – HERSL)

Proved ____✓____     Not Proved _____

## COUNT TWO Cont.

We the Jury, find the Defendant **MARCUS ROOSEVELT TAYLOR**, with respect to Count Two, Racketeering

Guilty __✓__          Not Guilty _____

If your answer is "Not Guilty," simply proceed directly to Count Three. If your answer is "Guilty" you must answer the following questions:

Which of the following Racketeering Acts did you find that the Defendant **TAYLOR** committed:

**Racketeering Act Two (January 24, 2014, Shawn Whitting)**

If you find that Defendant **TAYLOR** committed (a) or (b) or both, STOP:

a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

   Proved __✓__          Not Proved _____

b. committed robbery in violation of Maryland Criminal Code § 3-402.

   Proved _____          Not Proved __✓__

If you did NOT find that the Defendant committed (a) or (b), did you unanimously find that the Defendant committed (c) or (d) or both:

c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

   Proved _____          Not Proved _____

d. committed extortion in violation of Maryland Criminal Code § 3-702:

   Proved _____          Not Proved _____

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence _____

Extortion under color and pretense of office: _____

**Racketeering Act Six (February 17, 2016, Raytawn Benjamin)**

If you find that Defendant **TAYLOR** committed (a) or (b) or both, STOP:

a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

Proved _____     Not Proved __✓__

b. committed robbery in violation of Maryland Criminal Code § 3-402.

Proved _____     Not Proved __✓__

If you did NOT find that Defendant **TAYLOR** committed (a) or (b), did you unanimously find that the Defendant committed (c) or (d) or both:

c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

Proved _____     Not Proved __✓__

d. committed extortion in violation of Maryland Criminal Code § 3-702:

Proved _____     Not Proved __✓__

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence _____

Extortion under color and pretense of office: _____

**Racketeering Act Eight** (March 22, 2016, Oreese Stevenson):

If you find that the Defendant **TAYLOR** committed (a) or (b) or both, STOP:

a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

   Proved ___✓___     Not Proved _____

b. committed robbery in violation of Maryland Criminal Code § 3-402.

   Proved ___✓___     Not Proved _____

If you did NOT find that the Defendant **TAYLOR** committed (a) or (b), did you unanimously find that the Defendant committed (c) or (d) or both:

c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

   Proved _____     Not Proved _____

d. committed extortion in violation of Maryland Criminal Code § 3-702:

   Proved _____     Not Proved _____

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence  _____

Extortion under color and pretense of office:  _____

11

**Racketeering Act Twelve (September 7, 2016, Sergio Summerville):**

If you find that the Defendant TAYLOR committed (a) or (b) or both, STOP:

    a. unlawfully conspired together with others to commit robbery in violation of Maryland Criminal Code § 1-203 and § 3-402;

        Proved ____✓____      Not Proved _____

    b. committed robbery in violation of Maryland Criminal Code § 3-402.

        Proved _____      Not Proved ____✓____

If you did NOT find that Defendant **TAYLOR** committed (a) or (b), did you unanimously find that the Defendant committed (c) or (d) or both:

    c. unlawfully conspired with others to commit extortion in violation of Maryland Criminal Code § 1-203 and § 3-702:

        Proved _____      Not Proved _____

    d. committed extortion in violation of Maryland Criminal Code § 3-702:

        Proved _____      Not Proved _____

If you find (c) or (d) or both, which kind or kinds of extortion do you unanimously find the Defendant committed (check one or both):

Extortion by wrongful use of actual and threatened force and violence     _____

Extortion under color and pretense of office:     _____

**Racketeering Act Seventeen** (July 20, 2016, interstate wire – TAYLOR)

    Proved ____✓____   Not Proved _____


**Racketeering Act Twenty** (August 3, 2016, interstate wire – TAYLOR)

    Proved ____✓____   Not Proved _____


**Racketeering Act Twenty-Two** (August 17, 2016, interstate wire – TAYLOR)

    Proved ____✓____   Not Proved _____

## COUNT THREE

We the Jury, find the Defendant **MARCUS ROOSEVELT TAYLOR**, with respect to Count Three, Hobbs Act Robbery and Extortion:

Guilty ___✓___          Not Guilty _____

If your answer is "Not Guilty," then I instruct you that you must find the Defendant **MARCUS ROOSEVELT TAYLOR** "Not Guilty" of Count Four.

If your answer is "Guilty" you must answer the following questions:

We the Jury, unanimously find that the Defendant violated the Hobbs Act through (choose one):

Robbery ___✓___          Extortion _____

## COUNT FOUR

We the Jury, find the Defendant **MARCUS ROOSEVELT TAYLOR**, with respect to Count Four, Possession of a Firearm in Furtherance of a Crime of Violence:

Guilty _____          Not Guilty ___✓___

## COUNT FIVE

We the Jury, find the Defendant **DANIEL THOMAS HERSL**, with respect to Count Five, Hobbs Act Robbery and Extortion:

Guilty ___✓___        Not Guilty _____

If your answer is "Not Guilty," then I instruct you that you must find the Defendant **DANIEL THOMAS HERSL** "Not Guilty" of Count Six.

If your answer is "Guilty" you must answer the following questions:

We the Jury, unanimously find that the Defendant violated the Hobbs Act through (choose one):

Robbery ___✓___        Extortion _____

## COUNT SIX

We the Jury, find the Defendant **DANIEL THOMAS HERSL**, with respect to Count Six, Possession of a Firearm in Furtherance of a Crime of Violence:

Guilty _____        Not Guilty ___✓___

The foregoing constitutes the unanimous verdict of the jury.

**SIGNATURE REDACTED**
FOREPERSON                                    2\12\18
                                              DATE