**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

September 17, 2018

Mr. Marcus Taylor
FCI Forest City – Low
P.O. Box 9000
Forest City, Arkansas 72336

   Re: *United States v. Marcus Taylor*
      Criminal No. CCB-17-106 and Civil No. CCB-18-1859

Dear Mr. Taylor:

  You are represented by counsel on your appeal.  They have the discovery material.

      Sincerely yours,

      Catherine C. Blake
      United States District Judge

cc:  AUSA Leo Wise
  Jenifer Wicks, Esquire